# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SAMSON WOUBETU,                                 Case No. 18-CV-1606 (PJS/SER)

              Plaintiff,

v.                                                                      **ORDER**

CATHOLIC CHARITIES STAFF;
STATE OF MINNESOTA; and POLICE
OFFICER E. JOHNSON,

              Defendant.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED THAT:**

1.     This matter is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

2.     The application to proceed *in forma pauperis* of plaintiff Samson Woubetu [ECF No. 2] is DENIED AS MOOT.

Dated:  July 9, 2018                              s/Patrick J. Schiltz
                                                          Patrick J. Schiltz
                                                          U.S. District Judge